IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br><br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Case Number: 1:16-cv-00769<br>Ratliff v. Auxilium Pharmaceuticals, Inc et al | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff BRIAN RATLIFF and counsel for Defendants AUXILIUM PHARMACEUTICALS INC, and GLAXOSMITHKLINE LLC, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

For the Defendants

By: /s/ Andrew Keith Solow
    Andrew Keith Solow
    Kaye Scholer LLP
    250 West 55th Street
    New York, NY 10019-9710
    (212) 836-7740
    andrew.solow@kayescholer.com

For the Plaintiff
BRANCH LAW FIRM

By: /S/Margaret M. Branch
    Margaret M. Branch, Esq.
    2025 Rio Grande Blvd. NW
    Albuquerque, NM 87104
    505-243-3500 – Telephone
    505-243-3534 – Facsimile
    mbranch@branchlawfirm.com